# COMPOSITE EXHIBIT "A"

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>MANUEL ALBELO</u>
  Plaintiff                                                                                                   Case # _____
                                                                                                              Judge   _____

vs.
<u>MASON VITAMINS, INC.</u>
  Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☒ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001 - $100,000
- ☐ over $100,000.00

**III.    TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 2 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
　　☐ Business governance
　　☐ Business torts
　　☐ Environmental/Toxic tort
　　☐ Third party indemnification
　　☐ Construction defect
　　☐ Mass tort
　　☐ Negligent security
　　☐ Nursing home negligence
　　☐ Premises liability—commercial
　　☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
　　☐ Commercial foreclosure
　　☐ Homestead residential foreclosure
　　☐ Non-homestead residential foreclosure
　　☐ Other real property actions

☐Professional malpractice
　　☐ Malpractice—business
　　☐ Malpractice—medical
　　☐ Malpractice—other professional
☒ Other
　　☐ Antitrust/Trade regulation
　　☐ Business transactions
　　☐ Constitutional challenge—statute or ordinance
　　☐ Constitutional challenge—proposed amendment
　　☐ Corporate trusts
　　☒ Discrimination—employment or other
　　☐ Insurance claims
　　☐ Intellectual property
　　☐ Libel/Slander
　　☐ Shareholder derivative action
　　☐ Securities litigation
　　☐ Trade secrets
　　☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

    **IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

    **V.**    **NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

    2

    **VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

    **VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

    **VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Henry Hernandez          Fla. Bar # 542601
          Attorney or party          (Bar # if attorney)

Henry Hernandez          11/10/2020
(type or print name)          Date

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

MANUEL ALBELO,

    Plaintiff,

v.

MASON VITAMINS, INC.
a Florida corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Manuel Albelo, under the Age Discrimination in Employment Act (ADEA) (29 U.S.C. § 621 *et seq.*), files this Complaint against Defendant, Mason Vitamins, Inc. and alleges, as follows:

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages, in which the amount in controversy is in excess of Thirty Thousand and No/100 ($30,000.00) Dollars, exclusive of interest, court costs, and attorney's fees.

2. Defendant was a Florida corporation, authorized to conduct and conducting business in Miami-Dade County, Florida.

3. At all material times, Plaintiff was *sui juris* and a resident of Miami-Dade County, Florida.

4. Venue is proper in Miami-Dade County, Florida as the events or omissions giving rise to the claims occurred in this county.

## GENERAL ALLEGATIONS

5. Upon information and belief, Plaintiff worked for Defendant as a senior purchasing manager for over thirty-eight (38) years from approximately January 17, 1981 through June 7, 2019.

6. Even into his sixties, Plaintiff continued to make positive contributions to the company.

7. Towards the end of Plaintiff's employment, Defendant began assigning younger, unqualified employees to shadow him.

8. Additionally, Defendant continuously made references to Plaintiff's anticipated retirement, despite him never expressing a desire to retire.

9. On June 7, 2019, at approximately 10:53 am, Plaintiff sent an email to Defendant stating: "I will be out the rest of the day and I will come back like always on Monday."

10. Two hours later, at approximately 12:55 pm, Defendant's senior manager of HR and general affairs, Delmy P. Talavera ("Talavera"), sent out a company-wide email stating:

    "Manny Albelo verbally presented his resignation as Sr Manager. We have accepted his resignation effective immediately, thus he will not be reporting to work on Monday."

11. During the time in-between Plaintiff's email at 10:53 am and Talavera's email at 12:55 pm, Plaintiff did not express any desire to retire.

12. The information contained in Talavera's email was widely inaccurate and grossly falsified.

13. The email was sent out to the entire company in order to force Plaintiff into retirement.

14. The email was sent out in order to discharge Plaintiff, while also disguising Defendant's discriminatory motive.

15. Upon information and belief, Plaintiff was replaced by either Rene Gillete, an employee twenty (20) to thirty (30) years younger than him, or by Freddy de Cordova, an employee about fifteen (15) years younger than him.

16. Despite having thirty-eight (38) years' worth of experience with Defendant and despite still possessing the ability to do the job, Plaintiff was discriminated against and discharged due to his age.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

17. On March 3, 2020, Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC).

18. On September 21, 2020, the EEOC provided Plaintiff with a Notice of Right to Sue (attached hereto as **Exhibit A**).

19. The Notice of Right to Sue granted Plaintiff the right to file a lawsuit under the ADEA in federal or state court within ninety (90) days of receipt of the Notice.

## COUNT I
## AGE DISCRIMINATION (ADEA)

20. Plaintiff re-alleges the allegations in paragraphs one (1) through nineteen (19) above.

21. This is an action against Defendant for age discrimination in violation of the ADEA.

22. Defendant was an "employer" under the ADEA as defined by 29 U.S.C. § 630(b).

23. Plaintiff was an "employee" under the ADEA as defined by 29 U.S.C. § 630(f).

24. Plaintiff was a member of the protected group over the age of forty, as he was sixty-seven (67) years old at the time of the discrimination.

25. Plaintiff was subject to an adverse employment action as he was discharged by Defendant, who falsely portrayed it as a resignation.

26. Plaintiff's position was filled by a substantially younger individual as it is believed that he was replaced by either Rene Gillete, an employee twenty (20) to thirty (30) years younger than him, or by Freddy de Cordova, an employee about fifteen (15) years younger than him.

27. Plaintiff was qualified to do the job from which he was discharged as demonstrated by the fact that he was in a senior position and had held that position for an extensive amount of time.

28. Additionally, the fact that Plaintiff was employed by Defendant for a total of over thirty-eight (38) years further demonstrates that Plaintiff was capable and qualified.

29. Plaintiff suffered damages as a result of Defendant's unlawful discriminatory actions, including past and future lost wages and benefits and the costs of bringing this action.

30. Defendant willfully violated Plaintiff's rights under the ADEA and, as a result, is liable for liquidated damages.

## COUNT II
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

31. Plaintiff re-alleges the allegations in paragraphs one (1) through nineteen (19) above.

32. Defendant's conduct was intentional or reckless that it intended its behavior when it knew or should have known that emotional distress would likely result to Plaintiff.

33. The wrongdoer's conduct was intentional or reckless, that is, it intended its behavior when it knew or should have known that emotional distress would likely result to Plaintiff.

34. The conduct is so outrageous, that it goes beyond all bounds of decency, and is odious and utterly intolerable in a civilized community.

35. The conduct caused emotional distress to Plaintiff.

36. The emotional distress to Plaintiff is severe.

37. The Plaintiff has been damaged by the actions of Defendant and has been thus damaged.

38. Further, the actions of the Defendant were intentional, willful, wanton, malicious, and, performed with a reckless disregard for the rights of the Plaintiff, therefore, Plaintiff reserves the right to amend this Complaint to seek punitive damages against Defendant pursuant to Fla. Stat. §768.72.

## PLAINTIFF'S DEMAND FOR JURY TRIAL

39. Plaintiff hereby demands a jury trial of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

A. Award Plaintiff for his past and future loss of wages and benefits, plus interest;

B. Order Defendant to reinstate Plaintiff to a position comparable to his former position or, in lieu of reinstatement, award him front pay (including benefits);

C. Award Plaintiff liquidated damages, equal to the sum amount of backpay and interest;

D. Enter judgment for damages for intentional infliction of emotional distress;

E. Award Plaintiff all costs and reasonable attorneys' fees incurred in connection with this action;

F. Grant Plaintiff such additional or alternative relief as the Court deems just and proper.

5

Respectfully submitted this 10th day of November 2020.

By: /s/ Henry Hernandez
Henry Hernandez, Esq.
Florida Bar No. 542601
Law Office of Henry Hernandez, P.A.
2655 S. Le Jeune Road, Suite 802
Coral Gables, FL 33134
Email: Henry@HHLAWFLORIDA.com
Tel: 305.771.3374

By: /s/ Monica Espino
Monica Espino, Esq.
Florida Bar No. 834491
Espino Law
2655 S. Le Jeune Road, Suite 802
Coral Gables, FL 33134
Email: me@espino-law.com
Tel: 305.704.3172

*Attorneys for Plaintiff*

EEOC Form 161-B (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Manuel Albelo<br>5655 W 26th Ave.<br>Hialeah, FL 33016 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2020-02845 | L. Foreshaw,<br>Senior Federal Investigator | (786) 648-5840 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ]    More than 180 days have passed since the filing of this charge.

[ ]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ]    The EEOC is terminating its processing of this charge.

[ ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice**. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Christopher Bashaw*      09/21/2020

Enclosures(s)     FOR    **BRADLEY A. ANDERSON,**<br>                         **Acting District Director**      *(Date Mailed)*

cc:    **MASON VITAMINS, INC.**<br>Christopher S. Duke, Esq.<br>Akerman, LLP<br>777 South Flagler Drive<br>Suite 1100 West Tower<br>West Palm Beach, FL 33401

Henry Hernandez<br>**LAW OFFICE OF HENRY HERNANDEZ**<br>2655 S. Lejeune Road<br>Suite 802<br>Coral Gables, FL 33134

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2020-024189-CA-01

MANUEL ALBELO,

    Plaintiff,

v.

MASON VITAMINS, INC.
a Florida corporation,

    Defendant.

_____/

## SUMMONS

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the Complaint in this action on Defendant:

    **MASON VITAMINS, INC.**,
    c/o its Registered Agent, NRAI SERVICES, INC
    1200 South Pine Island Road
    Plantation, FL 33324

    A lawsuit has been filed against you. You have **20 Calendar Days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written responses to the Plaintiff's Attorney's named below:

By: /s/ Henry Hernandez
Henry Hernandez, Esq.
Florida Bar No. 542601
Law Office of Henry Hernandez, P.A.
*Co-Counsel for Plaintiff*
2655 Le Jeune Road, Suite 802
Coral Gables, Florida 33134
T.: 305.771.3374
e.: Henry@HHLAWFLORIDA.com

By: /s/ Monica Espino
Monica Espino, Esq.
Florida Bar No. 834491
Espino Law
2655 S. Le Jeune Road, Suite 802
Coral Gables, FL 33134
Tel.: 305.704.3172
Fax: 305.722.7378
Email: me@espino-law.com
Secondary: legal@espino-law.com
*Co-Counsel for Plaintiff*

**TO THE STATE OF FLORIDA**

**TO EACH SHERIFF OF THE STATE:  You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.**

    **DATED ON** _____, 2020.

        Clerk of said Court

        By:_____
                Deputy Clerk

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2020-024189-CA-01

MANUEL ALBELO,

    Plaintiff,

v.

MASON VITAMINS, INC.
a Florida corporation,

    Defendant.
_____/

## SUMMONS

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the Complaint in this action on Defendant:

**MASON VITAMINS, INC.**,
c/o its Registered Agent, NRAI SERVICES, INC
1200 South Pine Island Road
Plantation, FL 33324

    A lawsuit has been filed against you. You have **20 Calendar Days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written responses to the Plaintiff's Attorney's named below:

> By: /s/ Henry Hernandez
> Henry Hernandez, Esq.
> Florida Bar No. 542601
> Law Office of Henry Hernandez, P.A.
> *Co-Counsel for Plaintiff*
> 2655 Le Jeune Road, Suite 802
> Coral Gables, Florida 33134
> T.: 305.771.3374
> e.: Henry@HHLAWFLORIDA.com

> By: /s/ Monica Espino
> Monica Espino, Esq.
> Florida Bar No. 834491
> Espino Law
> 2655 S. Le Jeune Road, Suite 802
> Coral Gables, FL 33134
> Tel.: 305.704.3172
> Fax: 305.722.7378
> Email: me@espino-law.com
> Secondary: legal@espino-law.com
> *Co-Counsel for Plaintiff*

**TO THE STATE OF FLORIDA**

**TO EACH SHERIFF OF THE STATE:** You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.

**DATED ON** ___11/23/2020___, 2020.

Clerk of said Court
By:_____308760_____
Deputy Clerk

# VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| State of Florida | County of Miami-Dade | Circuit Court |

Case Number: 2020-024189-CA-01

Plaintiff:
**MANUEL ALBELO**

vs.

Defendant:
**MASON VITAMINS, INC., a Florida corporation**

For:
Henry Hernandez, Esq.
Law Offices Of Henry Hernandez, P.A.
2655 Le Jeune Road
Suite 802
Coral Gables, FL 33134

Received by BRICKELL COURIER SERVICES INC on the 23rd day of November, 2020 at 3:39 pm to be served on **MASON VITAMINS, INC. C/O NRAI SERVICES, INC., 1200 S. PINE ISLAND RD., PLANTATION, FL 33324**.

I, Chris Yeoman, do hereby affirm that on the **24th day of November, 2020** at **1:15 pm, I**:

SERVED the within named corporation by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint with Exhibit** at the address of **1200 S. PINE ISLAND RD., PLANTATION, FL 33324** with the date and hour endorsed thereon by me to, **LISA HOWARD, INTAKE SPECIALIST** as an employee of the Registered Agent listed with the Florida Division of Corporation, pursuant to F.S. 48.081 (3)(a).

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: WHITE, Height: 5'8, Weight: 140, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Chris Yeoman
SPS #262

BRICKELL COURIER SERVICES INC
P.O BOX 01-1310
MIAMI, FL 33101
(305) 350-3224

Our Job Serial Number: CIZ-2020017932

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1x

# VERIFIED RETURN OF SERVICE

**State of Florida**     **County of Miami-Dade**     **Circuit Court**

Case Number: 2020-024189-CA-01

Plaintiff:
**MANUEL ALBELO**

vs.

Defendant:
**MASON VITAMINS, INC., a Florida corporation**

For:
Henry Hernandez, Esq.
Law Offices Of Henry Hernandez, P.A.
2655 Le Jeune Road
Suite 802
Coral Gables, FL 33134

Received by BRICKELL COURIER SERVICES INC on the 23rd day of November, 2020 at 3:39 pm to be served on **MASON VITAMINS, INC. C/O NRAI SERVICES, INC., 1200 S. PINE ISLAND RD., PLANTATION, FL 33324**.

I, Chris Yeoman, do hereby affirm that on the **24th day of November, 2020 at 1:15 pm, I:**

SERVED the within named corporation by delivering a true copy of the **Summons, Civil Cover Sheet, Complaint with Exhibit** at the address of **1200 S. PINE ISLAND RD., PLANTATION, FL 33324** with the date and hour endorsed thereon by me to, **LISA HOWARD, INTAKE SPECIALIST** as an employee of the Registered Agent listed with the Florida Division of Corporation, pursuant to F.S. 48.081(3)(a).

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: WHITE, Height: 5'8, Weight: 140, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Chris Yeoman
SPS #262

**BRICKELL COURIER SERVICES INC**
P.O BOX 01-1310
MIAMI, FL 33101
(305) 350-3224

Our Job Serial Number: CIZ-2020017932

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1x

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2020-024189-CA-01

MANUEL ALBELO,

    Plaintiff,

v.

MASON VITAMINS, INC.
a Florida corporation,

    Defendant.
_____/

## SUMMONS

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the Complaint in this action on Defendant:

**MASON VITAMINS, INC.**,
c/o its Registered Agent, NRAI SERVICES, INC
1200 South Pine Island Road
Plantation, FL 33324

    A lawsuit has been filed against you. You have **20 Calendar Days** after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written responses to the Plaintiff's Attorney's named below:

By: /s/ Henry Hernandez
Henry Hernandez, Esq.
Florida Bar No. 542601
Law Office of Henry Hernandez, P.A.
*Co-Counsel for Plaintiff*
2655 Le Jeune Road, Suite 802
Coral Gables, Florida 33134
T.: 305.771.3374
e.: Henry@HHLAWFLORIDA.com

By: /s/ Monica Espino
Monica Espino, Esq.
Florida Bar No. 834491
Espino Law
2655 S. Le Jeune Road, Suite 802
Coral Gables, FL 33134
Tel.: 305.704.3172
Fax: 305.722.7378
Email: me@espino-law.com
Secondary: legal@espino-law.com
*Co-Counsel for Plaintiff*

**TO THE STATE OF FLORIDA**

**TO EACH SHERIFF OF THE STATE:** You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.

DATED ON ___11/23/2020___, 2020.

Clerk of said Court
By:_____308760_____
Deputy Clerk