**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-25074-HUCK/Becerra**

**MANUEL ALBELO**,

    Plaintiff,

vs.

**MASON VITAMINS INC.**,
**a Florida Corporation**,

    Defendant.

_____/

**CLOSED CIVIL CASE**

<u>**ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE**</u>

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 29], which was filed on August 11, 2021. The Court has reviewed the Stipulation and is otherwise duly advised. Accordingly, it is

**ORDERED AND ADJUDGED** that all of Plaintiff Manuel Albelo's claims in this civil action are hereby **DISMISSED WITH PREJUDICE**. All pending motions in this civil action are thus **DENIED as MOOT**. And the clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida on August 12, 2021.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record